NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED
SEP 14 2017
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| LINDA PRATT *individually and as personal representative on behalf of TARIK PRATT, an incompetent person*<br><br>Plaintiff,<br><br>v.<br><br>ANN KLEIN FORENSIC CENTER, et al.,<br><br>Defendants. | Civ. No. 15-5779<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

In accordance with the parties' representations during the Conference Call held on September 11, 2017 at 3:30 PM with Magistrate Judge Lois H. Goodman, it

APPEARING that discovery is indefinitely adjourned because Plaintiff Tarik Pratt is unavailable to be deposed due to legal incompetence, injury, and/or illness;

IT IS on this 14th day of September 2017,

ORDERED that this matter is administratively terminated, without prejudice and without costs; and it is further

ORDERED that Plaintiff will need to notify the Court in writing if he seeks to reopen the case.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.